Verification of Creditor Mailing List - (Rev. 6/98)                                     1998 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(4)

Name _JEFFREY SKLAN_

Address _2863 E. FLORENCE AVE., SUITE C HUNTINGTON PARK, CA 90255_

Telephone _323 584 1072_

[X]   Attorney for Debtor(s)
[ ]   Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA ||
|---|---|
| List all names including trade names, used by Debtor(s) within last 6 years:<br>In re   EUGENIO MAYANS<br><br>and    MARY CATHERINE MAYANS<br><br><br>Social Security No. _563 33 6978_   Debtor<br>Social Security No. _557 77 9907_   Joint Debtor<br>Debtor(s) EIN No. _____ | Case No.<br><br>Chapter  7 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __6__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(4) and I/we assume all responsibility for errors and omissions.

Date: _5/23/01_

Attorney: JEFFREY SKLAN

Debtor: EUGENIO MAYANS

Joint Debtor: MARY CATHERINE MAYANS