EUGENIO MAYANS
9367 RAVILLER DRIVE
DOWNEY, CALIFORNIA  90240


MARY CATHERINE MAYANS
9367 RAVILLER DRIVE
DOWNEY, CALIFORNIA  90240


JEFFREY SKLAN
2863 E. FLORENCE AVE., SUITE C
HUNTINGTON PARK, CA  90255

Case 2:01-bk-28681-BB    Doc 20-1    Filed 06/14/01    Entered 06/15/01 00:00:00    Desc
Page 1 of 5

```
AMERICAN COLLECTION SYSTEMS
Acct#: 3000097655
P.O. BOX 27148
COLUMBUS, OH   43227


AMERICAN EXPRESS GOLD
Acct#: 3728448520400
P.O. BOX 804247
CHICAGO, IL   60680 4104


AMERICAN EXPRESS CARD
Acct#: 3783 160663 61001
P.O. BOX 804247
CHICAGO, IL   60680 4104


CITIBANK
Acct#: 1838285
P.O. BOX 2036
WARREN, MI   48090 2036


BANK OF AMERICA
Acct#: 542076124006
P.O. BOX 52326
PHOENIX, ARIZONA   85072 2326


BANK ONE PRIV LABEL SVCS
Acct#: 4384064119260
10965 DECATUR ROAD
PARK RIDGE, PA   19154 3210


BANK OF AMERICA DAIWA
Acct#: 3840063584
P.O. BOX 939019
SAN DIEGO, CA   912193 901


CAPITAL ONE BANK
Acct#: 438864172499
11011 W. BROAD ST.
GLEN ALLEN, VA   23060 5937
```

CAPITAL ONE BANK
Acct#: 5291151711294
P.O. BOX 85064
GLEN ALLEN, VA   23058


CAPITAL ONE BANK
Acct#: 5291151835644
P.O. BOX 85064
GLEN ALLEN, VA   23058


CHASE MASTER CARD
Acct#: 422660002242
P.O. BOX 52061
PHOENIX, AZ   8502 2061


CITI DRIVER'S DEGE GOLD VISA
Acct#: 4271382063207506
P.O. BOX 6416
THE LAKES, NV.   88901 6416


CINGULAR WIRELESS
Acct#: 30418020
5201 CONGRESS AVE. #A1
BOCA RATON, FLORIDA   33487 3629


PROGRESSIVE INS. CO.
Acct#: 009786442 01 112222
P.O. BOX 9126
BOSTON, MA   02205 9126


FIRST USA CHICAGO
Acct#: 4250412107614
8448 KATELLA
P.O. BOX 356
STANTON, CA   90680 1521


FLORIDA POWER & LIGHT
Acct#: 5005795 NAGEZM
802 E. MARTINTOWN RD., S 201
NO. AUGUSTA, SC   29841

```
MIDLAND CREDIT  MANAGEMENT
Acct#: 384006663584
2325 CLAYTON ROAD
CONCORD, CA  94520


FLEET CREDIT CARD
Acct#: 542096842605
P.O. BOX 15480
WILMINGTON, DE  19850 5480


GULFSTATE  CREDIT
Acct#: 394139
P.O. BOX  105460
ATLANTA, GA  30348 5460


MEDICAL CONTROL SERVICES
Acct#: 456038 8 DAC577 AD1
P.O. BOX 2309
CYPRESS, CA  90630 1809


MEMORIAL URGENT CARE
Acct#: 029920 P
450 E. SPRING ST., #9
LONG BEACH, CA  90806


FIRST CARD
Acct#: 4250412107614
972 BRUSH HOLLOW ROAD
WESTBURY, N.Y.  11590 1707


L A CELLULAR
Acct#: 28905636
2323 LAKE CLUB DRIVE
P.O. BOX 13167
COLUMBUS, OHIO  4322213


NCO FINANCIAL SYSTEMS
Acct#: 185752
P.O. BOX 7400
PHILADELPHIA, PA  19101 7400
```

SMART975/ADVANTA NATIONAL
Acct#: 54209684426054770
P.O. BOX 7627
FT WASHINGTON, PA   19034


NORDSTROM
Acct#: 77117794
P.O. BOX 78875
PHOENIX, ARIZONA   85062 8875


DIRECT MERCHANTS BANK
Acct#: 54580000116028206
P.O. BOX 5217
SIOUX FALLS,, SD.   57107